**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

**UNITED STATES OF AMERICA**

v.                              CR 608-012

**JUANICE GAINES**

### O R D E R

Now before the Court is defendant Juanice Gaines's "Motion to Award Pre-Trial Credit." Doc. # 467.

Gaines currently is serving a 156-month sentence imposed by this Court based on his participation in a cocaine distribution conspiracy. Docs. # 270, 272. In the instant motion, he asks that this Court order the Bureau of Prisons to award him credit against his sentence for 323 days he spent in custody prior to his sentencing.

"A claim for credit for time served is brought under 28 U.S.C. § 2241 after the exhaustion of administrative remedies." United States v. Nyhuis, 211 F.3d 1340, 1345 (11th Cir. 2000). A section 2241 petition must be filed in the district of the petitioner's confinement. See Fernandez v. United States, 941 F.2d 1488, 1495 (11th Cir. 1991).

Here, Gaines is confined at the Federal Correctional Institution in Edgefield, South Carolina, not in the Southern District of Georgia. Doc. # 467, at 3. Consequently, this Court lacks jurisdiction over his claims. See Fernandez, 941 F.2d at 1495.

Gaines's motion therefore must be, and is, **DENIED** for lack of jurisdiction.

**SO ORDERED.**

This 23 day of April, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

CLERK
SO. DIST. OF GA.
2013 APR 23 PM 1:
FILED
U.S. DISTRICT COURT
SAVANNAH DIV.